**Henry Clay BURKS, Appellant,**

**v.**

**COMMONWEALTH of Kentucky, Appellee.**

Court of Appeals of Kentucky.

Oct. 28, 1966.

Henry Clay Burks, pro se.

Robert Matthews, Atty. Gen., John Browning, Asst. Atty. Gen., Frankfort, for appellee.

CULLEN, Commissioner.

The circuit court dismissed without a hearing the motion of Henry Clay Burks, under RCr 11.42, which alleged lack of counsel as the ground for setting aside the 1949 judgment of conviction (entered upon a plea of guilty) under which he is serving a life sentence for armed robbery. The court in so doing relied upon Brown v. Commonwealth, Ky., 396 S.W.2d 773, and properly so, because the cases are indistinguishable in principle.

The order of dismissal is affirmed.